**FILED**

MAR 17 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

1. _Aimee Alverson_
                        Plaintiff(s)

vs.

Case Number: **26 CV - 155 GKF - CDL**

2. _ODMHSAS - TCBH_
                        Defendant(s)

### COMPLAINT - EEOC

Comes now the Plaintiff, _Aimee Alverson_ and for his/her claim against the Defendant(s), _ODMHSAS - TCBH_ states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) _Caucasian_ _female_, who resides at
(Race)                    (Sex)
_91 N. 161st W. Ave.     Sand Springs, OK.  74063_
                        (Complete address)

3. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant _TCBH (Tulsa Center for Behavioral Health)_ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_2323 S. Harvard     Tulsa, OK.  74114_

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

_Fee paid_
_Summons_

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

Complaint                    1                    ProSe-13 (12/05)

3e. The Defendant _____ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3f. The Defendant _____ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

4.  On or about _____ , _____ , defendant(s)
                    (Month/day)        (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

_discharge from employment_____

_____

_____

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

_retaliation for reporting sexual assault_____

_____

5.  Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) _lost wages from termination of employment, physical - mental - emotional trauma, pain and suffering, inability to seek employment in same field._

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_____
Signature

_91 N. 161st W. Ave._____
Address

_Sand Springs  OK  74063_
City                    State    ZIP

_386 - 450 - 6307_____
Telephone